UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 11 B 20567 |
| --- | --- |
| | CHAPTER 13 |
| VINCENT EDWARD ISBY SR | |
| | JUDGE JANET S BAER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE BANK NATIONAL TRUST

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
| --- | --- | --- | --- | --- | --- |
| 3 | 10 | 4844 9309 MICHIGAN | $12,559.01 | $12,559.01 | $12,559.01 |
| Total Amount Paid by Trustee | | | | | $12,559.01 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-20567-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 9th day of December, 2014.

Debtor:
VINCENT EDWARD ISBY SR
9309 S MICHIGAN AVE
CHICAGO, IL  60619

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
DEUTSCHE BANK NATIONAL TRUST
% SPECIALIZED LOAN SVC
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO  80129

Mortgage Creditor:
BAC HOME LOANS SERVICING
% CLERK CHANCERY
50 W WASHINGTON ST #802
CHICAGO, IL  60602

Mortgage Creditor:
BAC HOME LOANS SERVICING
% JOHNSON BLUMBERG & ASSOC
230 W MONROE ST STE 1125
CHICAGO, IL  60606

Mortgage Creditor:
BAC HOME LOANS SERVICING
% CLERK FIRST MUN DIV
50 W WASHINGTON ST RM 1001
CHICAGO, IL  60602

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
400 NATIONAL WAY
MS CA-919-01 23
SIMI VALLEY, CA  93065

Mortgage Creditor:
DEUTSCHE BANK NATIONAL TRUST
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Creditor:
BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
MS TX2-982-0303
PLANO, TX  75024

Mortgage Creditor:
BAC HOME LOANS
% NOONAN & LIEBERMAN
105 W ADAMS #1800
CHICAGO, IL  60603

ELECTRONIC SERVICE - United States Trustee

Date:  December 09, 2014    /s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603